UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIGITAL VERIFICATION SYSTEMS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SKYSLOPE, INC., <br><br> Defendant | 2:23-cv-01586-KJN <br><br> ORDER |

    This case was filed on August 1, 2023 and randomly assigned to the undersigned under Appendix A of the Local Rules. (ECF Nos. 1,4.) On August 30, 2023, defendant filed an answer to the complaint and a motion to dismiss for failure to state a claim. (ECF Nos. 6, 8.) Defendant set a hearing on the motion to dismiss for October 10, 2023 before the undersigned. (ECF No. 8.)

    Under the Initial Scheduling Order, all parties were to inform the Clerk of Court of their decision whether to Consent or Decline magistrate judge jurisdiction for all purposes in this case by filing their Consent/Decline forms within ninety days of the date the action was filed, in this case by October 30, 2023. (ECF No. 4 at 2.) Although that deadline has not yet passed, the recently filed answer and motion necessitate that the parties make their election promptly and notify the Clerk of Court so that the court to determine how this action will be administratively processed. If not all parties consent to magistrate judge jurisdiction, this case will be reassigned

to a district judge.  There is no obligation to consent, and no judge will be notified of a party's decision unless all parties have consented.  See Fed. R. Civ. P. 73(b)(1).

    Accordingly, the parties shall file the consent/decline forms, ECF No. 4-1 at 4, within seven days of this order.

    IT IS SO ORDERED.

Dated:  September 13, 2023

*[signature]*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

digi.1586