Randall T. Garteiser (CA State Bar No. 231821)
    rgarteiser@ghiplaw.com
Christopher A. Honea (CA State Bar No. 232473)
    chonea@ghiplaw.com
GARTEISER HONEA – IP TRIAL BOUTIQUE
795 Folsom St., Floor 1, San Francisco, CA  94107
119 W Ferguson, Tyler, TX  75702
Telephone: (888) 908-4400

*Attorney(s) for Digital Verification Systems, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DIGITAL VERIFICATION SYSTEMS, LLC**<br><br>    Plaintiff,<br><br>v.<br><br>**SKYSLOPE, INC.,**<br><br>    Defendants. | **Case No. 2:23-cv-01586-KJN** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Digital Verification Systems, LLC, respectfully submits this dismissal With prejudice of all claims asserted by Plaintiff and dismissal Without prejudice of all counterclaims asserted by Defendant SkySlope, Inc.  Each side is to bear its own costs and fees.

Dated: October 17, 2023        Respectfully submitted,

                                          */s/ Randall Garteiser*

|   |   |
|---|---|
| 1 | Randall Garteiser |
| 2 | CA State Bar No. 231821 |
|   | rgarteiser@ghiplaw.com |
| 3 | Christopher A. Honea |
| 4 | CA State Bar No. 232473 |
|   | chonea@ghiplaw.com |

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420

**Attorneys for Plaintiff**


By: /s/ *Rodeen Talebi*
  Rodeen Talebi (CA SBN 320392)
  talebi@fr.com
  FISH & RICHARDSON P.C.
  633 West Fifth Street, 26th Floor
  Los Angeles, CA 90071
  Telephone: (213) 533-4240
  Facsimile: (858) 678-5099

  Neil J. McNabnay (pro hac vice)
  Ricardo J. Bonilla (pro hac vice)
  Noel F. Chakkalakal (pro hac vice)
  Philip G. Brown (pro hac vice)
  FISH & RICHARDSON P.C.
  1717 Main Street, Suite 5000
  Dallas, TX 75201
  Telephone: (214) 747-5070
  Facsimile: (214) 747-2091
  mcnabnay@fr.com
  rbonilla@fr.com
  chakkalakal@fr.com
  pgbrown@fr.com

  **ATTORNEYS FOR DEFENDANT
  SKYSLOPE, INC.**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above document has been served to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system on.

*/s/ Randall Garteiser*
Randall Garteiser